```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 08405
    JAMES A DOUGHERTY
    AUDRA J DOUGHERTY                            CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1374     SSN XXX-XX-4061

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/08/07 .

    2.  The case was dismissed without confirmation, 10/05/2007.

    3.  The Debtor paid a total of $    984.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | 185.84 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACC LLC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CIGNA HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF EMPLOYMENT | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY RADIOLOGISTS & I | UNSECURED | NOT FILED | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| DAWN DAVIS | CHILD SUPPORT | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID              185.84           .00           .00           .00       185.84
INTEREST PAID                  .00           .00           .00           .00          .00
TOTAL PAID                  185.84           .00           .00           .00       185.84
```
The Debtor's attorney, OTTENHEIMER TEPLINSKY            , was allowed $       .00 and was paid $       .00 .

The Trustee received $       5.91 .

Refunds to the Debtor totaled $    792.25 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE